

HELBRAUN & LEVEY LLP
ATTORNEYS AT LAW

December 22, 2016

**VIA EFILE**
Hon. Ramon E. Reyes, Jr.
United States District Court
Eastern District of New York
225 Cadman Plaza East, Rm. N208
Brooklyn, New York 11201

      *Re:*    *Lopez v. Maison Premiere Corp. et. al.*
               *Case No. 16-cv-3621*

Dear Judge Reyes:

     We represent Defendants in the above-captioned case.  We write to update the Court as to the status of this matter.  We apologize for not doing so earlier.

     This matter was settled via Settlement Agreement since September 28, 2016.  A stipulation of dismissal was due to be filed by November 30, 2016.  Through a confluence of events, we were unaware that our client had not yet sent plaintiff's counsel the first settlement check that had become due, and so we sought to rectify that as soon as we discovered that fact. The undersigned was bedridden until today with a stomach virus, and was therefore unable to submit the required status report by December 20, 2016.  I have followed up with my client, who will be sending the first settlement check to my office via overnight mail, and I will then personally make arrangements to get the check to plaintiff's counsel.  Once plaintiff's counsel has the check in their possession, which should happen, at the latest, on Tuesday, December 27, plaintiff's counsel has indicated that they will file the Stipulation of Settlement forthwith.

     We apologize for the lack of filing of the Stipulation of Settlement, and are endeavoring to rectify the mistake immediately.  Thank you for your consideration of this matter.

     Respectfully,

     */s/ Robert J. Ontell*
     Robert J. Ontell