UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**SAM LOPEZ**, individually,

        **Plaintiff,**

Case No. 1:16-cv-03621-RRM-RER

v.

**MAISON PREMIERE CORP. d/b/a MAISON PREMIERE**, a New York for profit corporation, and **LISA CARBONARA**, an individual,

        **Defendants.**

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, by and among the undersigned counsel, that whereas no party hereto is an infant or incompetent person for whom committee has been appointed or conservatee and no person not a party has an interest in this subject matter of the action, that the above entitled action be dismissed *with prejudice*, without costs and attorney's fees to either party as against the other and that each party waives all rights of appeal with respect to such dismissal.

Respectfully submitted on October 15, 2016.

By: _____
Tara Demetriades, Esq.
Counsel for Plaintiff
New York Bar. No. 4158666
ADA Accessibility Associates
1076 Wolver Hollow Road
Oyster Bay, NY 11771
E: TDemetriades@Aol.com
T: (516) 595-5009

By: _____
Robert Ontell, Esq.
110 William Street, Suite 1410
New York, NY 10038
212.219.1193

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Stipulation for Dismissal has been served via the Court's CM/ECF filing system upon all parties of record on October 15, 2016.

By: /s/ Tara Demetriades
Tara Demetriades, Esq.
New York Bar No. 4185666

**ADA Accessibility Associates**
2076 Wolver Hollow Road
Oyster Bay, New York 11771
E: TDemetriades@Aol.com
T: (516) 595-5009